NUMBER 13-06-655-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


WILLIAM "BILL" McCARTHY, Appellant,


v.



FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee.

_______________________________________________________


On appeal from County Court at Law No. 3 


of Cameron County, Texas.


______________________________ _______________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, WILLIAM "BILL" McCARTHY, perfected an appeal from a judgment
entered by County Court at Law No. 3 of Cameron County, Texas, in cause number
2006-CCL-936-C. After the clerk's record was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that this case has been resolved
and appellant no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 22nd day of February, 2007.